UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **13-20440 CR - KING**
21 U.S.C. § 963
21 U.S.C. § 853

/ McALILEY

UNITED STATES OF AMERICA

vs.

EDGAR ALZATE JARAMILLO,
   a/k/a "Ogro,"
   a/k/a "Nely,"
   a/k/a "Nene,"

        Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

From at least as early as in and around 1998 and continuing through on or about March 14, 2012, the exact dates being unknown to the Grand Jury, in the countries of Colombia, Guatemala, Mexico, and elsewhere, the defendant,

**EDGAR ALZATE JARAMILLO,**
   a/k/a "Ogro,"
   a/k/a "Nely,"
   a/k/a "Nene,"

did knowingly and willfully combine, conspire, confederate, and agree with persons known and unknown to the Grand Jury, to distribute a controlled substance in Schedule II, knowing that such controlled substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Section 959(a)(2); all in violation of Title 21, United States Code, Section 963.

Pursuant to Title 21, United States Code, Section 960(b)(1)(B), it is further alleged that

this violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine.

## FORFEITURE ALLEGATIONS

1. The allegations contained in this Indictment are re-alleged and incorporated by reference as though fully set forth herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **EDGAR ALZATE JARAMILLO, a/k/a "Ogro," a/k/a "Nely," a/k/a "Nene,"** has an interest.

2. Upon conviction of the violation alleged in this Indictment, the defendant shall forfeit all of his respective rights, title and interest to the United States in any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation and in any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
KURT K. LUNKENHEIMER
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. _____

vs.

EDGAR ALZATE JARAMILLO,
    a/k/a "Ogro,"
    a/k/a "Nely,"
    a/k/a "Nene,"

## CERTIFICATE OF TRIAL ATTORNEY*

    Defendant.
_____/

**Superseding Case Information:**

**Court Division**: (Select One)

  _X_ Miami    ___ Key West
  ___ FTL    ___ WPB    ___ FTP

New Defendant(s)    Yes ___    No ___
Number of New Defendants ___
Total number of counts ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)    _Yes_
   List language and/or dialect    _Spanish_

4. This case will take    _5-7_    days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)        (Check only one)

   I    0 to 5 days    ___      Petty    ___
   II    6 to 10 days    _X_      Minor    ___
   III    11 to 20 days    ___      Misdem.    ___
   IV    21 to 60 days    ___      Felony    _X_
   V    61 days and over    ___

6. Has this case been previously filed in this District Court? (Yes or No)    _No_
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No)    _No_
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)    _No_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ___ Yes    _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ___ Yes    _X_ No

_____
KURT K. LUNKENHEIMER
ASSISTANT UNITED STATES ATTORNEY
Court No. A5501535

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: **EDGAR ALZATE JARAMILLO, a/k/a "Ogro," a/k/a "Nely, a/k/a "Nene,"**

Case No: _____

Count #: 1

Conspiracy to Distribute Cocaine Knowing that it would be Imported into the United States

Title 21, United States Code, Section 963

*Max. Penalty:    Life Imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.